## COMPOSITE EXHIBIT "C"



Wednesday, December 05, 2018

### FINAL NOTICE PRIOR TO COLLECTION

To date, we have received no correspondence pertaining to your debt to our company. This, following numerous attempts to collect will be your final notification prior to our referring your debt to an outside collection firm.

Your balance is currently 90 days past due. We intend to close this matter within no more than five business days of 12/5/2018. Your full payment by that date will stop this process.

If you fail to respond to this notice, you will be contacted by a collection firm and can no longer be assisted by our company in preventing this potential credit-affecting collection to take place.

*Bethany McNamee*
**Collections Specialist**
1801 Centrepark Dr E Suite 100
West Palm Beach, FL 33401
Tel. 561-471-2992
Fax. 561-471-2998



P.O. Box 140065
Nashville, TN 37214                    00836





866.854.5359 (phone) • 800.296.3317 (fax)



77394-9A
Kimberly Briard
3663 Woods Walk Blvd
Lake Worth FL 33467-2357

Date: 09/09/2019
Account: 2298780
Creditor: Matrix Home Care LLC
Balance: $720.00 – Satisfy for: $576.00

### Satisfy-in-Full Offer

Dear Kimberly Briard:

We are pleased to offer the above listed satisfy-in-full offer on behalf of our client, Matrix Home Care LLC. This offer is good for 10 days from the date of this letter. We are not obligated to renew this offer.

By clearing up this delinquent obligation, we will request that the 3 national credit bureaus update the tradeline associated with your account to reflect this payment activity.

***If payment arrangements are necessary, you may reach us toll free at 866.854.5359 or explore options online at www.capitalbillpay.com***

This communication is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Pay by phone at 866.854.5359                              Direct all payments to Capital Accounts

SEE REVERSE SIDE FOR IMPORTANT INFORMATION
RETURN BOTTOM PORTION WHEN PAYING BY MAIL

---

Visa [ ] MasterCard [ ] AMEX [ ] Discover [ ]
Card Holder Name: _____
Card Holder Signature: _____
CREDIT CARD NO.:
☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
EXPIRATION DATE:    PAYMENT AMOUNT:
☐☐ ☐☐              $ _____

Account Number : 2298780
Balance: $720.00 – Satisfy for: $576.00

Kimberly Briard
3663 Woods Walk Blvd
Lake Worth FL 33467



Capital Accounts
PO Box 140065
Nashville TN  37214-0065

SL7_04

Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing the payment for collection. For further information, write the undersigned or call 800-983-4730.

**CO** = A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR

Our local address is Colorado Manager, Inc., 8690 Wolff Court, Suite 110, Westminster, CO  80031.  Our local phone number is 303-920-4763.

**ME** = Our hours of operation are Mon - Thu 8:30 am to 7:00 pm EST, Fri 8:30 am to 5:00 pm EST and Sat closed.

**NC** = North Carolina Department of Insurance permit number 103277.

**TN** = This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance. 500 James Robertson Parkway, Nashville, Tennessee 37243.

**CA** = Nonprofit credit counseling services may be available in the area.

**UT** = As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MN** = This collection agency is licensed by the Minnesota Department of Commerce.

**NY** = New York City Department of Consumer Affairs license number 1282141.